# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00138-CR
NO. 03-12-00139-CR
NO. 03-12-00140-CR
NO. 03-12-00141-CR

**Zane Thomas, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NOS. 14,407, 14,595, 14,596, 14,655
HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The trial court convicted appellant Zane Thomas of possession of a controlled substance weighing less than one gram, *see* Tex. Health & Safety Code Ann. § 481.115(b) (West 2010); two counts of burglary of a habitation, *see* Tex. Penal Code Ann. § 30.02 (West 2011); and theft of a firearm, *see id.* § 31.03(e)(4) (West 2011). The trial court sentenced appellant to fifteen years' incarceration for the two burglary convictions and two years' confinement in a state jail facility for both the controlled-substance and theft-of-a-firearm convictions, with sentences to run concurrently.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements

of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See Anders v. California*, 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 86–87 (1988).

Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We have not received a pro se brief from the appellant.

We have conducted an independent review of the record, including appellate counsel's brief, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and the appeals are frivolous.

Counsel's motion to withdraw is granted. The judgments of conviction are affirmed.

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Affirmed

Filed: March 21, 2013

Do Not Publish

2